# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARIUS HEIMER GITTENS,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE J. BONDS, et al.,<br><br>Defendants. | Civil Action<br>No. 19-13450 (RBK) (MJS)<br><br>**MEMORANDUM OPINION<br>& ORDER** |

Before the Court is Plaintiff's *third* motion for reconsideration. (ECF No. 38.) On November 24, 2020, (ECF No. 37.), the Court denied Plaintiff's second motion for reconsideration, (ECF No. 35.). On October 26, 2020, the Court denied Plaintiff's first motion for reconsideration, (ECF Nos. 31, 33.), which had sought reconsideration of the Court's October 5, 2020, decision, (ECF No. 30.), which denied Plaintiff's motions for sanctions and entry of default, (ECF Nos. 25, 29.).

For substantially the same reasons set forth in the Court's earlier Opinions, (ECF Nos. 30, 33, 37), the Court will deny Plaintiff's third motion for reconsideration. This Order does not address Plaintiff's motion for reconsideration of Judge Schneider's decision, or any of Judge Schneider's subsequent rulings related to that decision. (ECF No. 36.) Accordingly,

IT IS on this <u>24th</u> day of May 2021,

**ORDERED** that Plaintiff's third motion for reconsideration, as to Judge Kugler's decisions, (ECF No. 38), is DENIED; and it is further

**ORDERED** that the Clerk of the Court shall send a copy of this Memorandum Opinion and Order to Plaintiff by regular U.S. mail.

 s/Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge
